PROB 12C
(7/93)

Report Date: March 3, 2016

# United States District Court

for the

Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 03, 2016

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Thomas L. Jackson | Case Number: 0980 2:07CR02044-MKD-1 |
| Address of Offender: | |
| Name of Sentencing Judicial Officer:  The Honorable Fred L. Van Sickle, Senior U.S. District Judge | |
| Date of Original Sentence: January 23, 2008 | |
| Original Offense: | Conspiracy to Distribute a Controlled Substance, 21 U.S.C. § 846 |
| Original Sentence: Prison - 120 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney:  Benjamin David Seal | Date Supervision Commenced: February 9, 2015 |
| Defense Attorney:  TBD | Date Supervision Expires: February 8, 2020 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance

1 | **Standard Condition # 3**: The offender shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: Mr. Jackson reported to this officer on February 23, 2016. At the conclusion of the office visit, he was directed by this officer to report on Friday, February 26, 2016. Mr. Jackson failed to report on February 26, 2016, and has not contacted this officer since February 23, 2016. Several attempts were made to contact him but they were all unsuccessful. Mr. Jackson's current whereabouts is unknown.

2 | **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Due to Mr. Jackson's acceptance into STEP Court, he was directed by this officer to provide two random urinalysis (UA) tests, via the color line, per week. Mr. Jackson was informed on February 23, 2016, of the new UA requirement. Mr. Jackson failed to show for UA testing on February 24, 25, and 29, 2016.

Prob12C
**Re: Jackson, Thomas L**
**March 3, 2016**
**Page 2**

| | |
|---|---|
| 3 | **Standard Condition # 3**: The offender shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |
| | **Supporting Evidence**: Once Mr. Jackson was accepted into STEP Court, this officer instructed Mr. Jackson to show up at 11 a.m. on March 2, 2016, for his first STEP Court session.  Mr. Jackson failed to show for STEP Court on March 2, 2016. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 3, 2016

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*James P. Hutton*

Signature of Judicial Officer

3/3/2016
Date

