PROB 12C
(6/16)

Report Date: August 16, 2016

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 19, 2016

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Thomas L Jackson                     Case Number: 2:07CR02044-SAB-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: January 23, 2008

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute a Controlled Substance, 21 U.S.C. § 846 | |
| Original Sentence: | Prison 120 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Benjamin D. Seal | Date Supervision Commenced: February 9, 2015 |
| Defense Attorney: | Jeremy B. Sporn | Date Supervision Expires: February 8, 2020 |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 03/03/2016.

The probation officer believes the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Jackson consumed methamphetamine on August 3 and 13, 2016. |
| | On August 4, 2016, Mr. Jackson informed this officer he consumed methamphetamine on August 3, 2016.  Mr. Jackson signed a drug use admission form acknowledging his use of a controlled substance. |
| | On August 18, 2016,  Mr. Jackson informed this officer he consumed methamphetamine on August 13, 2016. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 19, 2016

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[XX] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

*Stanley A. Bastian*

Signature of Judicial Officer

8/19/16

Date