PROB 12C
(6/16)

Report Date: August 30, 2016

# United States District Court

for the

Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Thomas L Jackson          Case Number: 2:07CR02044-SAB-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: January 23, 2008

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Distribute a Controlled Substance, 21 U.S.C. § 846 | | |
| Original Sentence: | Prison 120 months; TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Benjamin D. Seal | Date Supervision Commenced: | February 9, 2015 |
| Defense Attorney: | Jeremy B. Sporn | Date Supervision Expires: | February 8, 2020 |

### PETITIONING THE COURT

To issue a warrant and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 03/03/2016 and 08/19/2016.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Jackson consumed methamphetamine and marijuana on August 23, 2016.<br><br>On August 26, 2016, Mr. Jackson informed this officer he consumed methamphetamine and marijuana on August 23, 2016. Mr. Jackson signed a drug use admission from acknowledging his use of the controlled substances. |
| 6 | **Special Condition # 17**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare.  You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider. |

**Supporting Evidence**: Mr. Jackson was unsuccessfully discharged from outpatient substance abuse treatment on August 22, 2016.

Mr. Jackson started outpatient treatment on August 1, 2016, at Sundown M. Ranch. He attended several groups; however, on August 11, 2016, he did not attend group and he has not contacted Sundown M. Ranch since that time. Due to Mr. Jackson's lack of communication with Sundown Mr. Ranch, he was unsuccessfully discharged from treatment on August 22, 2016.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  August 30, 2016

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[XX]  The Issuance of a Warrant
[ ]   The Issuance of a Summons
[XX]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[XX]  Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

08/30/2016
Date