PROB 12C
(6/16)

Report Date: October 4, 2016

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 05, 2016

SEAN F. McAVOY, CLERK

Name of Offender: Thomas L Jackson         Case Number: 2:07CR02044-SAB-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Fred L. Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: January 23, 2008

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute a Controlled Substance, 21 U.S.C. § 846 | |
| Original Sentence | 120 months; TSR 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence Date: August 31/2016 | 7 days; TSR 60 months | |
| Asst. U.S. Attorney: | Benjamin D. Seal | Date Supervision Commenced: September 6, 2016 |
| Defense Attorney: | Jeremy B. Sporn | Date Supervision Expires: September 5, 2021 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number    Nature of Noncompliance

      1    **Special  Condition # 20**:
            The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

            **Supporting Evidence**: On October 3, 2016, Mr. Jackson informed this officer he consumed methamphetamine and marijuana on September 9, and 16, 2016.  Mr. Jackson signed a drug use admission form acknowledging his use of the controlled substances.

Prob12C
**Re: Jackson, Thomas L**
**October 5, 2016**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 5, 2016

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[xx] The Issuance of a Summons
[ ] Other

*Stanley A. Bastian*

Signature of Judicial Officer

10/5/2016
Date