PROB 12C
(6/16)

Report Date: October 31, 2016

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 31, 2016

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Thomas L Jackson                                Case Number: 2:07CR02044-SAB-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Fred L. Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: January 23, 2008
Date of Revocation Sentence: August 31, 2016

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Distribute a Controlled Substance, 21 U.S.C. § 846 | | |
| Original Sentence:<br>Revocation Sentence: | 120 months; TSR 60 months<br>7 days; TSR 60 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Benjamin D. Seal | Date Supervision Commenced: September 6, 2016 | |
| Defense Attorney: | Jeff Dahlberg | Date Supervision Expires: September 5, 2021 | |

### PETITIONING THE COURT

            To issue a warrant and to incorporate the violations contained in this petition in future proceedings with the violation previously reported to the Court on 10/04/2016.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number        Nature of Noncompliance

            2            **Standard Condition # 9**: After initially reporting to the probation office, the offender will receive instructions from the Court or the probation officer about how and when to report to the probation officer, and the offender must report to the probation officer as instructed.

                         **Supporting Evidence**: On October 26, 2016, after Mr. Jackson's supervised release revocation hearing was continued, this officer directed Mr. Jackson to report to the U.S. Probation Office on October 27, 2016, before 10 a.m.  Mr. Jackson failed to report to this officer as directed.   As of October 31, 2016, Mr. Jackson has not reported or contacted this officer.

Prob12C
Re: Jackson, Thomas L
October 31, 2016
Page 2

|   |   |   |
|---|---|---|
| | 3 | **Special Condition # 21**: The offender shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the Court. The offender shall contribute to the cost of treatment according to his ability to pay. The offender shall allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: On October 27, 2016, this officer received a discharge summary from Merit Resource Services. According to the discharge summary, Mr. Jackson was discharged from Merit Resource Services because he left treatment against program advice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 31, 2016

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[XX] The Issuance of a Warrant
[ ]  The Issuance of a Summons
[XX] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[XX] Defendant to appear before the Magistrate Judge.
[ ]  Other

*Stanley A. Bastian*

Signature of Judicial Officer

10/31/2016

Date