PROB 12C
(6/16)

Report Date: November 17, 2016

# United States District Court

### for the

**FILED IN THE**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

## Eastern District of Washington

# Nov 17, 2016

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Thomas L Jackson                    Case Number: 2:07CR02044-SAB-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Fred L. Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: January 23, 2008

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Distribute a Controlled Substance, 21 U.S.C. § 846 | | |
| Original Sentence: | Prison - 120 months; TSR - 60 months | Type of Supervision: | Supervised Release |
| Revocation Sentence: (8/31/2016) | Prison - 7 days; TSR - 60 months | | |
| Asst. U.S. Attorney: | Benjamin D. Seal | Date Supervision Commenced: | September 6, 2016 |
| Defense Attorney: | Jeff Dahlberg | Date Supervision Expires: | September 5, 2021 |

## PETITIONING THE COURT

**To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 10/04/2016 and 10/31/2016.**

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #20**: The offender shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On November 17, 2016, this officer spoke with Mr. Jackson at the Yakima County Jail.  Mr. Jackson admitted to consuming methamphetamine and marijuana on or about November 15, 2016.  Mr. Jackson signed an admission of use form, acknowledging he  consumed the controlled substances. |

**Prob12C**
**Re: Jackson, Thomas L**
**November 17, 2016**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   November 17, 2016

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[XX]   The incorporation of the violation(s) contained in this
        petition with the other violations pending before the
        Court.
[ ]   Defendant to appear before the Judge assigned to the
        case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

11/17/2016

Date