# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Thomas L Jackson　　　　　　　　　Case Number: 0980 2:07CR02044-SAB-1

Address of Offender: ███████████████　Yakima, Washington 98901

Name of Sentencing Judicial Officer: The Honorable Fred L. Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: January 23, 2008

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute a Controlled Substance, 21 U.S.C. § 846 | |
| Original Sentence: | Prison - 120 months; TSR 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence: August 31, 2016 | Prison - 7 days; TSR - 60 months | |
| Revocation Sentence: November 30, 2016 | Prison - 90 days; TSR - 57 months | |
| Asst. U.S. Attorney: | Benjamin D. Seal | Date Supervision Commenced: February 11, 2017 |
| Defense Attorney: | Jeffrey S. Dahlberg | Date Supervision Expires: November 10, 2021 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number　　　　Nature of Noncompliance

　　　1　　　　**Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

　　　　　　　**Supporting Evidence**: Mr. Jackson failed to report to probation between April 1 and 5, 2017, as directed by this officer.

　　　　　　　On March 16, 2017, at the conclusion of an office visit, Mr. Jackson was directed by this officer to report back to probation between April 1 and 5, 2017, to check in and complete a monthly report. Mr. Jackson failed to report as directed.

2      **Standard Condition # 9**: If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

        **Supporting Evidence**: On March 29, 2017, Mr. Jackson was pulled over by the Yakima Police Department and received a citation for not having a driver's license on his person; Yakima Police Department, case number 7z0285383. Mr. Jackson never contacted this officer to discuss his contact with the Yakima police officer.

3      **Special Condition # 21**: The defendant shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the Court. The defendant shall contribute to the cost of treatment according to his ability to pay. The defendant shall allow full reciprocal disclosure between the supervising officer and treatment provider.

        **Supporting Evidence**: Mr. Jackson was involved in outpatient treatment at Dependency Health in Yakima, Washington. On April 13, 2017, this officer spoke with the substance abuse counselor for Mr. Jackson. The counselor stated Mr. Jackson failed to show up for substance abuse counseling sessions on April 5, 6, 10 and 12, 2017. When Mr. Jackson missed groups in the past, he would call prior to group and explain why he would be absent. The counselor also stated if Mr. Jackson does not show up by April 14, 2017, he will be discharged from services at Dependency Health.

4      **Special Condition # 20**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: Mr. Jackson failed to show up for urinalysis (UA) testing at Merit Resource Services (Merit) on March 21, 2017.

        On March 16, 2017, Mr. Jackson was directed to start calling the color line at Merit for random UA testing. On March 22, 2017, this officer received a noncompliance report from Merit stating Mr. Jackson failed to show up for UA testing at Merit on March 21, 2017.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    April 13, 2017

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[xx] The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

4/13/2017

Date