# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Thomas L Jackson | Case Number: 0980 2:07CR02044-SAB-1 |

Address of Offender: ████████████████ Yakima, WA  98901

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: January 23, 2008

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Distribute a Controlled Substance, 21 U.S.C. § 846 | | |
| Original Sentence: | Prison - 120 months; TSR - 60 months | Type of Supervision: Supervised Release | |
| Revocation Sentence: August 31, 2016 | Prison - 7 days; TSR - 60 months | | |
| Revocation Sentence: November 30, 2016 | Prison - 90 days; TSR - 57 months | | |
| Asst. U.S. Attorney: | Benjamin D. Seal | Date Supervision Commenced: February 11, 2017 | |
| Defense Attorney: | Jeffrey S. Dahlberg | Date Supervision Expires: November 10, 2021 | |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 04/13/2017.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition # 20**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Jackson's conditions were reviewed with him on March 14, 2017.  He signed his conditions acknowledging an understanding of his conditions which includes special condition number 20, as noted above. |

On June 1, 2017, this officer spoke with Mr. Jackson in a U.S. Marshal holding cell prior to his initial appearance. Mr. Jackson was honest with this officer and admitted to consuming controlled substances, marijuana and methamphetamine, on May 31, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 2, 2017

s/ Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[XX] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[XX] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

6/2/2017
Date