Report Date: December 5, 2017

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Thomas L Jackson                     Case Number: 0980 2:07CR02044-SAB-1

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓  Yakima, Washington 98901

Name of Sentencing Judicial Officer: The Honorable Fred L. Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: January 23, 2008

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute a Controlled Substance, 21 U.S.C. § 846 | |
| Original Sentence: | Prison - 120 months; TSR 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence: August 31, 2016 | Prison - 7 days; TSR - 60 months | |
| Revocation Sentence: November 30, 2016 | Prison - 90 days; TSR - 57 months | |
| Revocation Sentence: June 7, 2017 | Prison - 6 months; TSR - 51 months | |
| Asst. U.S. Attorney: | Benjamin D. Seal | Date Supervision Commenced: November 30, 2017 |
| Defense Attorney: | Jeffrey S. Dahlberg | Date Supervision Expires: February 28, 2022 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.<br><br>**Supporting Evidence**: On November 30, 2017, Mr. Jackson's revocation judgement and conditions of supervised release were reviewed with him by Supervising United States Probation Officer Vargas. |

On November 30, 2017, at the conclusion of an office visit, Mr. Jackson was directed to report back to U.S. Probation on December 1, 2017, at 14:00 to complete intake paperwork. Mr. Jackson called this officer at 16:50 on December 1, 2017, and stated he was not able to report on this date because he was at the Department of Social and Health Services. Mr. Jackson was then directed to report to U.S. Probation on December 4, 2017, by noon.

Mr. Jackson failed to report on December 4, 2017, as directed. This officer unsuccessfully attempted to contact Mr. Jackson at his listed residence at approximately 16:00 on December 4, 2017. This officer spoke with Mr. Jackson's brother and requested he direct the offender to contact this officer as soon as possible. At the time this report was written Mr. Jackson failed to contact this officer to explain why he failed to report as directed.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 5, 2017

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[xx] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[xx] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

12/6/17
Date