Report Date: December 11, 2017

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 11, 2017

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Thomas L Jackson    Case Number: 0980 2:07CR02044-SAB-1

Address of Offender: ███████████████    Yakima, Washington 98901

Name of Sentencing Judicial Officer: The Honorable Fred L. Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: January 23, 2008

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute a Controlled Substance, 21 U.S.C. § 846 |
| Original Sentence: | Prison - 120 months; TSR 60 months |

Type of Supervision: Supervised Release

| | |
|---|---|
| Revocation Sentence: August 31, 2016 | Prison - 7 days; TSR - 60 months |
| Revocation Sentence: November 30, 2016 | Prison - 90 days; TSR - 57 months |
| Revocation Sentence: June 7, 2017 | Prison - 6 months; TSR - 51 months |
| Asst. U.S. Attorney: | Benjamin D. Seal |
| Defense Attorney: | Jeffrey S. Dahlberg |

Date Supervision Commenced: November 30, 2017

Date Supervision Expires: February 28, 2022

## PETITIONING THE COURT

**To incorporate the violation contained in this petition in future proceedings with the violation previously reported to the Court on December 6, 2017.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition**: You must not commit another federal, state or local crime |
| | **Mandatory Condition**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law. |
| | **Supporting Evidence**: On November 30, 2017, Mr. Jackson's revocation judgment and conditions of supervised release were reviewed with him by Supervisory United States Probation Officer Vargas. |

Mr. Jackson violated the mandatory conditions by being in possession of methamphetamine on December 8, 2017. The following information is a summary of an incident report written by the Yakima Police Department (YPD) for case number 17Y053856.

On December 8, 2017, Mr. Jackson was arrested by YPD on the outstanding warrant for his supervised release violation. Mr. Jackson was searched incident to arrest and YPD discovered a small Ziploc bag that contained a white crystal-like substance in a pack of cigarettes located in the cargo pants Mr. Jackson was wearing. The substance tested positive for methamphetamine weighing .5 grams. New felony charges for possession of a controlled substance will be filed by YPD.

The U.S. Probation Office respectfully recommends the Court incorporate the alleged violation contained in this petition in all future proceedings with the violation previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 11, 2017

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[xx] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

12/11/2017

Date